

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Milton Edward Griggs, Appellant

No. 06-15-00047-CR  v.

The State of Texas, Appellee

Appeal from the County Court at Law No. 1 of Hunt County, Texas (Tr. Ct. No. CR1401075). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find partial error in the judgment of the court below. We modify the trial court's judgment by deleting the assessment of court-appointed attorney fees, the $20.00 jury fee, and the $5.00 jury summoning fee. We affirm the judgment of the trial court as modified.

We note that the appellant, Milton Edward Griggs, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 31, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk